GOGO_C.mtn

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00056 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| CYNTHIA REYES GOGO, ) | |
| Defendant. ) | |

Based upon the Plaintiff, United States Motion to modify Judgment, Transfer and Refund Funds, and in the interest of justice, the Court hereby orders the following;

1. The judgment should reflect the restitution recipients and amounts as follows:

    (a) Yvonne G. Terlaje            $4,726.00

    (b) Felicidad Wenceslao          $2,228.00

2. The restitution amount should reflect $6,954.00.

3. The Department of U.S. Veteran's Affairs is requested to apply the overpaid amount of $2,100.00 on Victim One's (Felicidad Wenceslao) deceased husband's account to Victim Two's (Yvonne Terlaje) deceased parent's account.

4. The amount of $1,047.19 shall be refunded to Defendant GOGO ($8,240.00 - $6,954.00 - $123.81 interest balance - $115.00 penalty balance). Any further payments made by Defendant GOGO after August 10, 2005 be refunded to her.

//

**ORIGINAL**

5. The amount of $115.00 shall be transferred to fund 109900 in full satisfaction of the penalty imposed against Defendant GOGO.

6. The amount of $4,726.00 plus any entitled interest shall be disbursed to Yvonne G. Terlaje at the address to be provided by our office in full satisfaction of restitution owed her. hereby remitted.

DATED this ___8___ day of ___Sept___, 2005.

_____
S. JAMES OTERO
District Court of Guam

---

*The Honorable S. James Otero, United States District Judge for Central District of California, by designation.