# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Cynthia Reyes Gogo, <br><br> Defendant. | Case No. 1:02-cr-00056 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Judgment filed September 29, 2005 and the Notice of Entry filed October 5, 2005,* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *October 6, 2005* | *October 6, 2005* | *October 6, 2005 (Judgment Only)* | *October 6, 2005 (Judgment Only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Judgment filed September 29, 2005 and the Notice of Entry filed October 5, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 7, 2005             /s/ Leilani R. Toves Hernandez
                                        Deputy Clerk