✎PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*



FILED
DISTRICT COURT OF GUAM
JAN 05 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 02-00056-001 |
| CYNTHIA REYES GOGO | |

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expired on **December 30, 2005**, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
 JUDY ANNE L. OCAMPO
 U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

RECEIVED
DEC 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: Marivic P. David, AUSA
 Federal Public Defender
 File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from ~~probation~~/supervised release and that the proceedings in the case be terminated.

Dated this 5th day of ~~December~~ January 2005.

_____
FRANCES TYDINGCO-GATEWOOD
Designated Judge

ORIGINAL